# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P., executor, The Estate of Nicole P., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. EDCV 19-945-PA (AGR) <br><br> JUDGMENT |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 31, 2021

_____
PERCY ANDERSON
United States District Judge